**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **Motista LLC** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 2:21-cv-00292-JRG** |
| | ) | |
| **Ernst and Young US LLP,** | ) | |
| **Ernst and Young LLP,** | ) | |
| **Defendants.** | ) | |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO MAINTAIN STAY**

Having considered Defendants' Motion to Maintain Stay, and the briefing in support thereof, the Court hereby **DENIES** the Motion.